UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　　Judgment Creditor,<br>v.<br>FELIX LEMBERSKIY,<br>　　　　　　　　Judgment Debtor. | 13 CR 0325 (RA)<br><br>**STIPULATION AND ORDER FOR VOLUNTARY ASSIGNMENT OF EARNINGS** |

　　　　WHEREAS, on February 23, 2015, the United States of America obtained a judgment against the judgment debtor, FELIX LEMBERSKIY, in the amount of $2,196,522.00, for which the outstanding balance is $2,146,337.97, and the parties have agreed to voluntary automatic deduction of 10% per pay period from FELIX LEMBERSKIY's compensation to pay the judgment,

　　　　IT IS HEREBY STIPULATED AND AGREED that FELIX LEMBERSKIY's current employer or third-party compensation provider, and each additional or subsequent employer or third-party compensation provider who receives notice of this Stipulation and Order from any of the undersigned, shall withhold 10% of FELIX LEMBERSKIY's gross compensation per pay period until further notice and pay such withholdings to "Clerk of Court" at United States District Court, 500 Pearl Street, New York, New York 10007, Attn: Cashier for FELIX LEMBERSKIY, 13 CR 0325.

Dated: April 26, 2024
　　　　New York, New York

_____
FELIX LEMBERSKIY
Judgment Debtor

SO ORDERED: 4/24/2024

_____
UNITED STATES DISTRICT JUDGE

DAMIAN WILLIAMS
United States Attorney

_____
JOHN E. GURA, JR.
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Telephone No.: (212) 637-2712